UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                        :

RICARDO VELASQUEZ,                  :
                        :
              Plaintiff,      :
                        :         24-CV-3018 (JMF)
     -v-                  :
                        :          ORDER
REQUIOS, INC., d/b/a RAMEN ISHIDA et al.,   :
                        :
          Defendants.    :
                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's July 15, 2024 Order, ECF No. 18, the parties were required to file a joint letter, the contents of which are described therein, no later than July 18, 2024. To date, the parties have not filed a letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **July 22, 2024.**

      SO ORDERED.

Dated: July 19, 2024
      New York, New York                    JESSE M. FURMAN
                                        United States District Judge