UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

RICARDO VELASQUEZ,

                Plaintiff,           Case No. 1:24-cv-03018-JMF

   -against-

REQUIOS, INC., a New York
corporation, d/b/a RAMEN ISHIDA,
and 122-124 LUDLOW STREET LLC,
a New York limited liability company,

                Defendants.
-------------------------------------------------------X

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, RICARDO VELASQUEZ, and Defendants, REQUIOS, INC., a New York corporation, d/b/a RAMEN ISHIDA, and 122-124 LUDLOW STREET LLC, a New York limited liability company, who, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned action, with prejudice, with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 11th day of December, 2024.

By: _____
B. Bradley Weitz, Esq.
THE WEITZ LAW FIRM, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, FL 33160
Telephone: (305) 949-7777
Fax: (305) 704-3877
Email: BBW@weitzfirm.com
*Attorneys for Plaintiff*

By: _____
Tyler Morris, Esq.
HELBRAUN & LEVEY LLP
40 Fulton Street, 28th Floor
New York, NY 10038
Telephone: (212) 219-1193
Email: tyler.morris@helbraunlevey.com
*Attorneys for Defendant,*
*REQUIOS, INC.*

1

By: _____
John M. Churneftsky, Esq.
THE PRICE LAW FIRM LLC
1115 Broadway, 10th Floor
New York, NY 10010
Telephone: (212) 675-1125
Fax: (212) 202-4697
Email: john@ocllplaw.com
*Attorneys for Defendant,*
*122-124 LUDLOW STREET LLC*

SO ORDERED:

_____
Jesse M. Furman, U.S.D.J.

Dated: December 16, 2024